IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA  DIVISION

| | | |
|---|---|---|
| RALPH JOHN PREPETIT | § | |
| VS. | § | CIVIL ACTION NO. 5:11cv193 |
| UNITED STATES OF AMERICA | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Ralph John Prepetit, an inmate confined at the Federal Correctional Institution at Texarkana, Texas, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court previously referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, for consideration pursuant to applicable orders of this Court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this case.  The Magistrate Judge recommends that the petition for writ of habeas corpus be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  Petitioner filed objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  After careful consideration, the Court is of the opinion petitioner's objections are without merit.  The Magistrate Judge correctly concluded that the grounds for review asserted by petitioner do not provide him with a basis for relief  in a petition filed pursuant to 28 U.S.C. § 2241.  *Reyes-Requena v. United States*, 243 F.3d 893 (5th Cir. 2001).

### ORDER

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is

**ADOPTED**. A final judgment will be entered in accordance with the Magistrate Judge's recommendation.

**SIGNED this 30th day of November, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE